COMMONWEALTH *vs.* MARY SKIFFINGTON.

A justice of the superior court, appointed under *St.* 1859, *c.* 196, establishing that court and transferring to it the jurisdiction of the court of common pleas, had authority to hold the remainder of a term of the court of common pleas, which was in session when that statute took effect.

INDICTMENT found at June term 1859 of the court of common pleas in Middlesex, which was in session on the 1st of July 1859, and was thereafter held by a justice of the superior court, conformably to *St.* 1859, *c.* 196, § 55.

The defendant, on her subsequent arraignment at said term, pleaded specially that there was no court of common pleas for said county, nor any court then in session, having jurisdiction of the indictment, and that the justice of the superior court then presiding had no jurisdiction or authority to take cognizance thereof. This plea and a similar motion in arrest of judgment were overruled, and the defendant alleged exceptions, which were not argued for the defendant, and were

*Overruled by this court.*

*S. H. Phillips,* (Attorney General,) for the Commonwealth.